IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINSLER | : |
| | :   CIVIL ACTION |
| v. | : |
| | :   NO.   13-6412 |
| CITY OF PHILADELPHIA ET AL. | : |

# O R D E R

**AND NOW**, this   11th   day of   August  , 2014, upon consideration of Plaintiff's Motion for Sanctions (ECF No. 25), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK**