IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY KINSLER : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-6412 |
| CITY OF PHILADELPHIA, ET AL. : | |

## **O R D E R**

**AND NOW**, this  29th  day of June, 2015, upon consideration of Plaintiff's Motion for Post-Trial Relief (ECF No. 56), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**